**NEW YORK & PORTO RICO S. S. CO., and Waterman S. S. Co., Plaintiffs, v. UNITED STATES of America and United States Maritime Commission, Defendants.**

**Civ. No. 755.**

District Court, E. D. New York.

Oct. 10, 1940.

For former opinion, see 32 F.Supp. 538.

Burlingham, Veeder, Clark & Hupper, of New York City, for plaintiff.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (William E. Collins, of New York City, Sp. Asst. to U. S. Atty., and District Counsel, U. S. Maritime Commission, of counsel), for defendants.

BYERS, District Judge.

Motion for rehearing granted; and such rehearing being had, the motion to dismiss is granted, this Court being constrained to that decision by the memorandum of the Circuit Court of Appeals, 2 Cir., 116 F.2d 799, denying the application for prohibition.

Settle order.